Tiega-Noel Varlack, Esq. (SBN 248203)
**VARLACK LEGAL SERVICES**
Gatehouse Plaza
1290 B Street, Suite 208
Hayward, CA 94541
Phone: (510)-397-2008
Fax:    (510)-397-2997
E-mail: tiega@varlacklegal.com

Attorney for Plaintiff,
EAST BAY DRAGONS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### San Francisco Division

| | |
|---|---|
| EAST BAY DRAGONS, | Case No.: 4:20-cv-04044-SBA |
| Plaintiff, | |
| vs. | **STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE;** |
| SOLANO COUNTY FAIR ASSOCIATION, SOLANO COUNTY, MIKE IOAKIMEDES | **ORDER** |
| Defendants. | Complaint Filed: June 17, 2020 |

### REQUEST FOR DISMISSAL WITH PREJUDICE

Plaintiff, East Bay Dragons ("Plaintiff") and Defendants, Solano County Fair Association, Solano County, and Mike Ioakimedes ("Defendants"), by and through their counsel of record, jointly stipulate and state as follows:

WHEREAS Plaintiff filed this lawsuit seeking declaratory, injunctive, and equitable relief as well as monetary damages, to redress Defendants' unlawful practices against Plaintiff, including its discriminatory treatment and harassment;

WHEREAS Defendants deny each and every allegation set forth in Plaintiff's lawsuit;

WHEREAS the parties have reached a full and final settlement of all claims herein and have entered into a Settlement Agreement;

WHEREAS the Plaintiff and Defendants agree that their claims are resolved;

WHEREAS Plaintiff is amenable to dismissal of this action forthwith;

NOW, THEREFORE, Plaintiff and Defendants, by and through their counsel of record, stipulate that this case should be dismissed in its entirety with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own attorneys' fees and costs.

DATED: March 25, 2022　　　　　　　　　　**VARLACK LEGAL SERVICES**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Tiega-Noel Varlack, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　EAST BAY DRAGONS

DATED: March 25, 2022　　　　　　　　　　**SPINELLI, DONALD & NOTT**

　　　　　　　　　　　　　　　　　　　　　 */s/ Jeffrey C. Chiao*
　　　　　　　　　　　　　　　　　　　　　Domenic D. Spinelli,
　　　　　　　　　　　　　　　　　　　　　Jeffrey C. Chiao,
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants,
　　　　　　　　　　　　　　　　　　　　　SOLANO COUNTY FAIR
　　　　　　　　　　　　　　　　　　　　　ASSOCIATION,
　　　　　　　　　　　　　　　　　　　　　& MIKE IOAKIMEDES

DATED: March 25, 2022　　　　　　　　　　**SELMAN BREITMAN LLP**

　　　　　　　　　　　　　　　　　　　　　 */s/ Danielle K. Lewis*
　　　　　　　　　　　　　　　　　　　　　Danielle K. Lewis,
　　　　　　　　　　　　　　　　　　　　　Harsh Y. Ronvelia,
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　　　　SOLANO COUNTY

*Per Local Civil Rule 5-1(i)(3) of the Northern District of California, the filer attests that the firm Varlack Legal Services of Tiega-Noel Varlack, counsel for Plaintiff, East Bay Dragons, as listed*

*above and on whose collective behalf the filing is submitted, concurs in this filing's content and have authorized the filing hereof.*

**ORDER DISMISSING CASE WITH PREJUDICE**

Good cause having been shown, the court hereby dismisses this case with prejudice. Each party is to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Date: March 28, 2022                              _____ RS
                                                  Judge  Richard Seeborg for Saundra Brown Armstrong
                                                  United States District Court